**Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000913
17-MAY-2018
11:16 AM**

NO. CAAP-17-0000913

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

IN THE MATTER OF THE CONSERVATORSHIP
OF
TANYA HO, ALSO KNOWN AS TANYA T. HO, TANYA TANG HO,
TANYA HEN HO and LISA HO

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CP NO. 14-1-0068)

ORDER GRANTING THE APRIL 26, 2018
NOTICE OF WITHDRAWAL OF APPEAL
(By: Ginoza, Chief Judge, Leonard and Reifurth, JJ.)

Upon consideration of the "Notice of Withdrawal of Appeal" (**Motion**) filed on April 26, 2018 by Appellant Janey Ho, also known as Janey Tang (**Appellant**), which the court construes as a motion to dismiss the appeal, the records and files herein, and noting no opposition, it appears that Appellant seeks dismissal of her appeal, that the appeal has been docketed, and as such that Rule 42(b) of the Hawai'i Rules of Appellate Procedure applies.

THEREFORE, IT IS HEREBY ORDERED that the Motion is granted, and the appeal is dismissed. Absent an agreement to the contrary, the parties shall bear their own appellate costs and fees.

DATED: Honolulu, Hawai'i, May 17, 2018.

Chief Judge

Associate Judge

Associate Judge